## Silberstein Awad & Miklos, P.C.

ATTORNEYS AT LAW
600 OLD COUNTRY ROAD
GARDEN CITY  NEW YORK  11530
VOICE  516 832 7777   FAX  516 832 7877
www.ask4sam.net

October 18, 2022

VIA CMECF
Honorable Katherine Polk Failla
Thurgood Marshall - United States Courthouse
40 Foley Square
New York, NY 10007



Re: Altamirano v. Gilbane et al.
Docket No.: 22-cv-05574
Our File No.: 10970

Dear Honorable Justice Failla:

    This office represents the Plaintiffs, CARLOS ALTAMIRANO and ERICA RODAS, in the above referenced matter. Plaintiff is requesting the Court dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). I have conferred with defense counsel, and they are unable to stipulate to a dismissal. Our plan following dismissal will be to re-file in State Supreme Court Bronx County with the City of New York as a party defendant.

    Alternatively, if the Court requires a formal motion for dismissal, Plaintiff requests leave to file the motion.

    In light of the foregoing, Plaintiff is also requesting an adjournment without a date of the upcoming conference on October 25, 2022 with the Court.

Very truly yours,
Silberstein, Awad & Miklos, P.C.

By: Robert A. Miklos, Esq.

Cc: All Parties Via CMECF

SAM
Silberstein Awad & Miklos, P.C.

By Appointment Only

300 VANDERBILT MOTOR PKWY  STE 200
HAUPPAUGE, NY 11718
VOICE  631 390 0001

140 BROADWAY  46TH FLOOR
NEW YORK  NY 10005
VOICE  212 233 6600

1200 WATERS PLACE  STE 105
BRONX  NY 10461
VOICE  718 204 8000

The Court is in receipt of Plaintiffs' above letter.  At this time, the Court does not believe that dismissal of this action is appropriate.  Plaintiffs are invited to discuss why dismissal is appropriate at the initial pretrial conference.

However, in light of a scheduling conflict, the initial pretrial conference in this case currently scheduled for October 25, 2022, is hereby **ADJOURNED to November 1, 2022, at 3:30 p.m.**

Dated:    October 19, 2022
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE